IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 143 MR WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHANE MCKINLEY SWIMMER ) | |
| _____ ) | |

This matter is before the Court on a request by the Metropolitan Correctional Center ("MCC") for an extension of time to complete Defendant's psychiatric examination.

On September 22, 2020, the Court granted the Government's Unopposed Motion for Psychiatric Exam and ordered that Defendant be committed to the care and custody of the Attorney General for placement in a suitable mental health facility where a psychiatric or psychological examination could be performed to determine the possible existence of insanity at the time of the alleged commission of the offense. See 18 U.S.C. § 4242(a).

The Court subsequently received correspondence from the MCC, requesting additional time to complete the psychiatric examination. Docs. 36, 37.

The Court held a status conference with the Government and defense counsel on December 4, 2020. Counsel for the Bureau of Prisons ("BOP") and a member of the medical staff at the MCC, Dr. Ashley Jenkins, also participated.

Dr. Jenkins advised that Defendant's evaluation has begun but that he has been quarantined for a significant period of time while housed at the MCC and therefore medical staff have had only approximately 13 days to work with Defendant. Dr. Jenkins requested that the MCC be given up to 45 days of time during which Defendant is actually available for his examination (that is, time when he is not under quarantine). Dr. Jenkins, however, was not able to provide a specific date by which Defendant's evaluation would be completed, as it was unknown when he would be released from quarantine and available for additional examination.

Based on the information of record, and noting that defense counsel does not object to the continuance, the MCC's request is **GRANTED** and Defendant's evaluation period is **EXTENDED** to and including January 16, 2021 (the date referenced in previous correspondence from the MCC, see Doc. 37).

The clerk is respectfully directed to transmit a copy of this Order to the Metropolitan Correctional Center.

Signed: December 14, 2020

W. Carleton Metcalf
United States Magistrate Judge